UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LLOYD W. ADDIE, | |
| Plaintiff, | Case No. 1:05-cv-776 |
| v. | Honorable Wendell A. Miles |
| BRUCE CURTIS et al., | |
| Defendants. | |

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

This is a dismissal as described by 28 U.S.C. § 1915(g).


Dated: April 18, 2006          /s/ Wendell A. Miles
                               Wendell A. Miles
                               Senior U.S. District Judge